IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CHARLES L. ANDERSON, | : | Case No. 10-24663/JKF |
| | : | Chapter 13 |
| *Debtor(s)* | : | |
| | | |
| WACHOVIA EQUITY SERVICING, LLC, Successor by merger to HomeEq Servicing Corporation (successor by merger to TMS Mortgage, Inc., d/b/a The Money Store, | : : : : : | Related to Document No. 32 |
| *Movant(s),* | : | |
| v. | | |
| CHARLES L. ANDERSON and RONDA J. WINNECOUR, Trustee, | : : | |
| *Respondent(s).* | : | |

## ORDER DISMISSING PLEADING
## FOR NONCOMPLIANCE WITH LOCAL RULES

AND NOW, this *10th* day of *March, 2011*, it is hereby **ORDERED** that the pleading entitled the ***Motion for Order Allowing Withdrawal and Substitution of Appearance,*** filed at Document No. 32, in the above-captioned case is **DISMISSED**, without prejudice, for failure to comply with this Court's Local Rule *9004-1*, *9013-5*, *Electronic Case Filing Procedure #8*, and/or *Bankruptcy Rule 9011*. Local Rules and Forms can be viewed at the Court's website at *http://www.pawb.uscourts.gov/lrules.htm.* The above pleading is being dismissed for:

[X]  Failure to file the motion as a two-part motion;

[X]  Failure to use the proper Hearing Notice Form (see notice form at: *http://www.pawb.uscourts.gov/pdfs/jkf-hnotice.pdf*) ;

[X]  Failure to schedule the motion for hearing in compliance with Local Rule 9013-5(A) and Judge Judith K. Fitzgerald's hearing procedures (see procedures at*: http://www.pawb.uscourts.gov/jkf-proc.htm)*

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge

cgt

Case Administrator to send a copy of this Order to: Debtor's Attorney, Debtor, Ronda Winnecour, Esq., Ch. 13 Trustee, Jill Manuel-Coughlin, Esq., and Nelson Diaz, Esq., Woodland Falls Corporate Park, 220 Lake Drive East - Suite 301, Cherry Hill NJ 08002

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Mar 10, 2011
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2011.
db          +Charles L. Anderson,    P.O. Box 82,    West Mifflin, PA 15122-0082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2011**                        **Signature:**    _Joseph Speetjens_